IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| Ruth & Clifton L. Blackston, | ) | C.A. No. 6:09-466-HFF |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CONSENT ORDER OF DISMISSAL** |
| Wal-Mart Stores, Inc., | ) | |
| Defendant. | ) | |

The parties appeared before the Court, upon consent and having reached a compromise, requesting that the Court dismiss the above-captioned matter with prejudice.

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice and any further action thereon being forever barred.

AND IT IS SO ORDERED.

s/Henry F. Floyd
The Honorable Henry F. Floyd
United States District Judge

Dated: September 11, 2009
Spartanburg, South Carolina

**WE SO MOVE:**

s/Eric H. Philpot
Eric H. Philpot, Esquire
PHILPOT LAW FIRM, P.A.
115 Broadus Avenue
Greenville, South Carolina 29601
864-242-1366
eric@philpotlawfirm.com

Attorneys for Plaintiff


  s/Christine Gantt-Sorenson
Christine Gantt-Sorenson, Fed. ID # 5833
Courtney C. Atkinson, Fed. ID # 9339
HAYNSWORTH SINKLER BOYD, P.A.
75 Beattie Place
Two Liberty Square
Greenville, South Carolina 29602
864.240.3200
csorenson@hsblawfirm.com

Attorneys for Defendant Wal-Mart Stores East, L.P.